**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No: | 04-38644 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | GLENN, SIMON | Date Filed (f) or Converted (c): 10/18/04 (f) |
| | | 341(a) Meeting Date: 12/23/04 |
| For Period Ending: | 05/29/08 | Claims Bar Date: 06/02/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 375,000.00 | 75,000.00 | | 74,000.00 | 1,000.00 |
| 2. CASH | 6.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 300.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. JEWELRY | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. VEHICLE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. IRA | 55,297.74 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,725.47 | Unknown |

TOTALS (Excluding Unknown Values) $431,153.74 $75,000.00 $75,725.47

Gross Value of Remaining Assets $1,000.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR REFINANCED HIS HOUSE SAME TIME THAT HE FILED BANKRUPTCY. TRUSTEE HAS RECOVERED FOR ESTATE FUNDS RECEIVED AT REFINANCING. TRUSTEE TO REVIEW PROOFS OF CLAIM WHEN BAR DATE EXPIRES. TRUSTEE TO FILE AN OBJECTION TO CLAIM. TRUSTEE EMPLOYING ACCOUNTANT TO FILE TAX RETURNS.

Initial Projected Date of Final Report (TFR): 04/30/06     Current Projected Date of Final Report (TFR): 03/31/08

LFORM1

Ver: 12.63