UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                          )     Chapter 7
                                               )
**GLENN, SIMON**                               )     Case No. 04-38644
                                               )
              Debtor(s).                       )     Hon. **A. BENJAMIN GOLDGAR**

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Lakehurst Branch Court – Courtroom B, 430 Lakehurst Road, Waukegan, IL 60085

    On: **August 22, 2008**          Time: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                             $75,725.47

   Disbursements                                           $183.78

   Net Cash Available for Distribution                  $75,541.69

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN *Trustee Compensation* | $0.00 | $5,933.46 | $32.61 |
| COHEN & KROL *Attorney for Trustee* | $0.00 | $2,822.00 | $0.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7.  Claims of general unsecured creditors totaling $40,871.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 108.07% plus 2.18% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Lasalle Bank Na | $28,525.07 | $28,525.07 +$2,357.91 Interest |
| 000005 | Nicor Gas | $850.34 | $850.34 +$70.29 Interest |
| 000002 | Seabrook Wallcoverings, Inc. | $4,720.11 | $4,720.11 +$390.17 Interest |
| 000001 | Thybony Wallcoverings | $5,775.54 | $5,775.54 +$477.41 Interest |
| 000003 | Warady & Davis, Llp | $1,000.00 | $1,000.00 +$82.66 Interest |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $0.00 |

Dated: **July 9, 2008**               For the Court,

                         By: **KENNETH S. GARDNER**
                               CLERK OF BANKRUPTCY COURT

| | |
|---|---|
| Trustee: | Joseph E. Cohen |
| | Cohen & Krol |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL 60602-0000 |
| Phone No.: | (312) 368-0300 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 04-38644   Doc 50   Filed 07/09/08   Entered 07/12/08 00:32:20   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1              Date Rcvd: Jul 09, 2008
Case: 04-38644                 Form ID: pdf002             Total Served: 30

The following entities were served by first class mail on Jul 11, 2008.
db          +Simon Glenn,    700 Twisted Oak Lane,    Buffalo Grove, IL 60089-1409
aty         +Martin J. Weisenburger,    8630 Wheeler Drive,    Orland Park, IL 60462-4704
tr          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
9004564     +American Hond Finance,    PO Box 5308,    Elgin IL 60121-5308
9004563     +Ameriquest Mortgage,    1600 S Douglas Road,    Anaheim CA 92806-5998
8605951     +Arlington Atrium, LLC,    115 S. Wilke Rd-Suite 102,    Arlington Heights, IL 60005-1500
8605952     +Beauti-Vue Products Corp,    8555 194th Avenue,    Bristol, WI 53104-9543
8605944     +Commercial Interior Specialists,    348 W. Colfax Street,    Palatine, IL 60067-2516
8605962      Ford Motor Credit Corp.,    P.O. Box 219825,    Kansas City, MO 64121-9825
8605947     +Greenbaum & Leavitt,    79 W. Monroe Street, Suite 912,    Chicago, IL 60603-4974
8605948     +HiGrade Decorating Center,    330 Bennett,    Elk Grove Village, IL 60007-1005
8605953      Home Depot Credit Svc,    P.O. Box 6029,    The Lakes, NV 88901-6029
8605955    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8605946     +Kimball International,    P.O. Box 70068,    Chicago, IL 60673-0001
8605943     +Kravet Fabrics,    c/o Bethune & Associates,    14435 N. 7th Street-Suite 201,
              Pheonix, AZ 85022-4327
9154965     +LaSalle Bank NA,    c/o Zenoff & Zenoff,    53 W Jackson Blvd,    Ste 1605,   Chicago IL 60604-3762
8605954     +LaSalle Bank, NA,    135 S. LaSalle Street,    Chicago, IL 60603-4489
8605950     +McLeod USA,    c/o Robert C. Olson,    3 Golf Center-Suite 352,    Hoffman Estates, IL 60169-4910
8605957     +Seabrook Wallcoverings, Inc.,    c/o Michael Davis Weis,    P.O. Box 1166,
              Northbrook, IL 60065-1166
8605949      Shell Fleet,    P.O. Box 9016,    Des Moines, IA 50368-9016
9004565     +Shell Oil Company,    PO Box 9151,    Des Moines IA 50368-0001
8605945      The Designtex Group,    P.O. Box 75610,    Chicago, IL 60675-5610
8605963     +The Lock-up Storage Cntr,    211 N. Elmhurst Road,    Wheeling, IL 60090-3973
8605958     +Thybony Wallcoverings,    3720 N. Kedzie Avenue,    Chicago, IL 60618-4596
9004566     +Village of Schaumburg,    101 Schaumburg Court,    Schaumburg IL 60193-1899
8605960     +Warady & Davis, LLP,    1717 Deerfield Road,    Deerfield, IL 60015-3973

The following entities were served by electronic transmission on Jul 10, 2008.
8605956       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Com-Ed,
              Bill Payment Center,    Chicago, Il 60668-0001
9376513      +E-mail/Text: bankrup@nicor.com                                Nicor Gas,    PO Box 549,
              Aurora IL 60507-0549
8605959       E-mail/Text: bankrup@nicor.com                                Nicor Gas,    P.O. Box 2020,
              Aurora, IL 60507-2020
8605961      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 10 2008 05:03:30       Verizon Wireless,
              777 Big Timber Road,    Elgin, IL 60123-1401
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2008**             **Signature:**   *Joseph Speetjens*