**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GLENN, SIMON | § | Case No. 04-38644 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 56,153.74 |
| Total Distributions to Claimants: 44,308.07 | Claims Discharged Without Payment: 37,747.68 |
| Total Expenses of Administration: 8,971.70 | |

3) Total gross receipts of $ 75,760.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,480.38 (see **Exhibit 2**), yielded net receipts of $ 53,279.77 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 420,624.68 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,971.70 | 8,971.70 | 8,971.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,962.01 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,202.85 | 40,871.06 | 40,871.06 | 44,308.07 |
| **TOTAL DISBURSEMENTS** | $ 499,789.54 | $ 49,842.76 | $ 49,842.76 | $ 53,279.77 |

4) This case was originally filed under chapter 7 on 10/18/2004 . The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2010 By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE | 1110-000 | 74,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1,760.15 |
| **TOTAL GROSS RECEIPTS** | | $ 75,760.15 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Simon Glenn | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 22,480.38 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 22,480.38 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ameriquest Mortgage 1600 S. Douglass Road Anaheim, CA 92806 | | 251,000.00 | NA | NA | 0.00 |
| Chase Manhattan Mortgage | | 169,624.68 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | $ 420,624.68 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | 2100-000 | NA | 5,933.46 | 5,933.46 | 5,933.46 |
| JOSEPH E. COHEN | 2200-000 | NA | 32.46 | 32.46 | 32.46 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 56.70 | 56.70 | 56.70 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 60.41 | 60.41 | 60.41 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 66.67 | 66.67 | 66.67 |
| COHEN & KROL | 3110-000 | NA | 1,881.33 | 1,881.33 | 1,881.33 |
| JOSEPH E. COHEN | 3110-000 | NA | 940.67 | 940.67 | 940.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 8,971.70 | $ 8,971.70 | $ 8,971.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Svc. Kansas City, MO 64999 | | 9,962.01 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ 9,962.01 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Honda Finance PO Box 5308 Elgin, IL 60121-5308 | | 6,135.36 | NA | NA | 0.00 |
| Discover Card | | 4,791.06 | NA | NA | 0.00 |
| Ford Motor Credit Co. PO Box 219825 Kansas City, MO 64121-9825 | | 12,875.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Geeenbaum & Leavitt 79 W. Monroe St Ste 912 Chicago,IL 60603 | | 3,210.25 | NA | NA | 0.00 |
| Shell Oil Company PO Box 9151 Des Moines, IA 50368-9151 | | 750.00 | NA | NA | 0.00 |
| Village of Schaumburg 101 Schaumburg Ct. Schaumburg, IL 60193 | | 24.00 | NA | NA | 0.00 |
| LASALLE BANK NA | 7100-000 | 29,417.18 | 28,525.07 | 28,525.07 | 28,525.07 |
| SEABROOK WALLCOVERINGS, INC. | 7100-000 | NA | 4,720.11 | 4,720.11 | 4,720.11 |
| THYBONY WALLCOVERINGS | 7100-000 | NA | 5,775.54 | 5,775.54 | 5,775.54 |
| WARADY & DAVIS, LLP | 7100-000 | 12,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| NICOR GAS | 7100-001 | NA | 850.34 | 850.34 | 850.34 |
| LASALLE BANK NA | 7990-000 | NA | NA | NA | 2,398.79 |
| SEABROOK WALLCOVERINGS, INC. | 7990-000 | NA | NA | NA | 396.93 |
| THYBONY WALLCOVERINGS | 7990-000 | NA | NA | NA | 485.69 |
| WARADY & DAVIS, LLP | 7990-000 | NA | NA | NA | 84.09 |
| United States Bankruptcy Court | 7990-001 | NA | NA | NA | 71.51 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ 69,202.85 | $ 40,871.06 | $ 40,871.06 | $ 44,308.07 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 04-38644 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: GLENN, SIMON

For Period Ending: 09/21/10

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 10/18/04 (f)
341(a) Meeting Date: 12/23/04
Claims Bar Date: 06/02/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 375,000.00 | 75,000.00 | | 74,000.00 | 0.00 |
| 2. CASH | 6.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 300.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. JEWELRY | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. VEHICLE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. IRA | 55,297.74 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,760.15 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $431,153.74 | $75,000.00 | | $75,760.15 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR REFINANCED HIS HOUSE SAME TIME THAT HE FILED BANKRUPTCY. TRUSTEE HAS RECOVERED FOR ESTATE FUNDS RECEIVED AT REFINANCING. TRUSTEE TO REVIEW PROOFS OF CLAIM WHEN BAR DATE EXPIRES. TRUSTEE TO FILE AN OBJECTION TO CLAIM. TRUSTEE EMPLOYING ACCOUNTANT TO FILE TAX RETURNS. TRUSTEE PREPARING FINAL REPORT. FINAL REPORT FILED. DISTRIBUTION MADE. TRUSTEE WAITING FOR ADDITIONAL CHECKS TO CLEAR.
TRUSTEE TO DEPOSIT UNCLAIMED FUNDS WITH THE CLERK OF THE COURT.

Initial Projected Date of Final Report (TFR): 04/30/06 Current Projected Date of Final Report (TFR): 07/30/08

FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-38644 -ABG
Case Name: GLENN, SIMON

Taxpayer ID No: *******2788
For Period Ending: 09/21/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9036 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/05 | 1 | GLENN & RANDI SIMON | Refinancing Proceeds | 1110-000 | 74,000.00 | | 74,000.00 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.57 | | 74,007.57 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.20 | | 74,022.77 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.72 | | 74,038.49 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.21 | | 74,053.70 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.72 | | 74,069.42 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 37.75 | | 74,107.17 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 36.55 | | 74,143.72 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 37.78 | | 74,181.50 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 36.58 | | 74,218.08 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 37.82 | | 74,255.90 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 37.84 | | 74,293.74 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 52.92 | | 74,346.66 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 56.70 | 74,289.96 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.13 | | 74,353.09 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.11 | | 74,414.20 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.21 | | 74,477.41 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.21 | | 74,538.62 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.31 | | 74,601.93 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.36 | | 74,665.29 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.36 | | 74,726.65 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.47 | | 74,790.12 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.47 | | 74,851.59 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.57 | | 74,915.16 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.63 | | 74,978.79 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 57.52 | | 75,036.31 |
| 03/01/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond premium | 2300-000 | | 60.41 | 74,975.90 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-38644 -ABG
Case Name: GLENN, SIMON

Taxpayer ID No: *******2788
For Period Ending: 09/21/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9036 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.72 | | 75,039.62 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.69 | | 75,101.31 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.78 | | 75,165.09 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 61.77 | | 75,226.86 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.90 | | 75,290.76 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 63.95 | | 75,354.71 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 47.99 | | 75,402.70 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 48.04 | | 75,450.74 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 40.31 | | 75,491.05 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 36.09 | | 75,527.14 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 29.92 | | 75,557.06 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 17.96 | | 75,575.02 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 66.67 | 75,508.35 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 17.86 | | 75,526.21 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.48 | | 75,541.69 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.59 | | 75,551.28 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.30 | | 75,560.58 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.60 | | 75,570.18 |
| 08/21/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.19 | | 75,576.37 |
| 08/21/08 | | Transfer to Acct #*******7125 | Final Posting Transfer | 9999-000 | | 75,576.37 | 0.00 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-38644 -ABG
Case Name: GLENN, SIMON

Taxpayer ID No: *******2788
For Period Ending: 09/21/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9036 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******9036

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 74,000.00 | 3 | Checks | 183.78 |
| 42 | Interest Postings | 1,760.15 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 75,576.37 |
| | Subtotal | $ 75,760.15 | | | |
| | | | | Total | $ 75,760.15 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 75,760.15 | | | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-38644 -ABG
Case Name: GLENN, SIMON

Taxpayer ID No: *******2788
For Period Ending: 09/21/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7125 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/08 | | Transfer from Acct #*******9036 | Transfer In From MMA Account | 9999-000 | 75,576.37 | | 75,576.37 |
| 08/25/08 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 5,933.46 | 69,642.91 |
| 08/25/08 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 32.46 | 69,610.45 |
| 08/25/08 | 003003 | Cohen & Krol | Attorney fees per court order | 3110-000 | | 1,881.33 | 67,729.12 |
| 08/25/08 | 003004 | Joseph E. Cohen | Attorney fees per court order | 3110-000 | | 940.67 | 66,788.45 |
| 08/25/08 | 003005 | Thybony Wallcoverings<br>3720 N. Kedzie Avenue<br>Chicago, IL 60618 | Claim 000001, Payment 108.40943%<br>(1-1) Modified on 11/2/04 to<br>correct dollar amount | | | 6,261.23 | 60,527.22 |
| | | | Claim 5,775.54 | 7100-000 | | | 60,527.22 |
| | | | Interest 485.69 | 7990-000 | | | 60,527.22 |
| 08/25/08 | 003006 | Seabrook Wallcoverings, Inc.<br>c/o Michael Davis Weis<br>P.O. Box 1166<br>Northbrook, IL 60065 | Claim 000002, Payment 108.40934% | | | 5,117.04 | 55,410.18 |
| | | | Claim 4,720.11 | 7100-000 | | | 55,410.18 |
| | | | Interest 396.93 | 7990-000 | | | 55,410.18 |
| 08/25/08 | 003007 | Warady & Davis, LLP<br>1717 Deerfield Road<br>Deerfield, IL 60015-5145 | Claim 000003, Payment 108.40900% | | | 1,084.09 | 54,326.09 |
| | | | Claim 1,000.00 | 7100-000 | | | 54,326.09 |
| | | | Interest 84.09 | 7990-000 | | | 54,326.09 |
| 08/25/08 | 003008 | LaSalle Bank NA<br>c/o Zenoff & Zenoff<br>53 W Jackson Blvd | Claim 000004, Payment 108.40941% | | | 30,923.86 | 23,402.23 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-38644 -ABG
Case Name: GLENN, SIMON

Taxpayer ID No: *******2788
For Period Ending: 09/21/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7125 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Ste 1605<br>Chicago IL 60604 | | | | | |
| | | | Claim 28,525.07 | 7100-000 | | | 23,402.23 |
| | | | Interest 2,398.79 | 7990-000 | | | 23,402.23 |
| * 08/25/08 | 003009 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000005, Payment 108.40958% | | | 921.85 | 22,480.38 |
| | | | Claim 850.34 | 7100-003 | | | 22,480.38 |
| | | | Interest 71.51 | 7990-003 | | | 22,480.38 |
| 08/25/08 | 003010 | Simon Glenn | Surplus to Debtor<br>Surplus to Debtor | 8200-002 | | 22,480.38 | 0.00 |
| * 04/12/10 | 003009 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000005, Payment 108.40958% | | | -921.85 | 921.85 |
| | | | Claim ( 850.34 ) | 7100-003 | | | 921.85 |
| | | | Interest ( 71.51) | 7990-003 | | | 921.85 |
| 04/12/10 | 003011 | United States Bankruptcy Court<br>IL | Claim 000005, Payment 108.40958% | | | 921.85 | 0.00 |
| | | | Claim 850.34 | 7100-001 | | | 0.00 |
| | | | Interest 71.51 | 7990-001 | | | 0.00 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-38644 -ABG
Case Name: GLENN, SIMON

Taxpayer ID No: *******2788
For Period Ending: 09/21/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7125 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******7125

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 12 | Checks | 75,576.37 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 75,576.37 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 75,576.37 | | | |
| | Total | $ 75,576.37 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 74,000.00 | 29 | Checks | 75,760.15 |
| 42 | Interest Postings | 1,760.15 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 75,576.37 |
| | Subtotal | $ 75,760.15 | | | |
| | | | | Total | $ 151,336.52 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 75,576.37 | | | |
| | Total | $ 151,336.52 | | Net Total Balance | $ 0.00 |